**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 09-cv-02540-PAB-KMT

JOANNE BRISKER,

     Plaintiff,

v.

GREYSTONE ALLIANCE LLC, a New York limited liability company,

     Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 7]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 20, 2009.

                             BY THE COURT:


                             s/Philip A. Brimmer_____
                             PHILIP A. BRIMMER
                             United States District Judge